# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | **CR 03-226-TJH** | Date | JUNE 23, 2008 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | DOUGLAS MILLER |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. **TRACY LORRAINE HARK** | NOT | ✗ | | 1. IN PRO SE | NOT | | |

**Proceedings:**    **IN CHAMBERS - NOTICE TO PARTIES AND ORDER**

      Counsel are hereby notified that after having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the Petitioner's motion to grant Petitioner home confinement instead of a halfway house, filed on February 25, 2008 (#63).

**IT IS SO ORDERED.**